**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ana P.L.V.,

        Plaintiff,

v.

Todd Blanche, et al.,

        Defendants.

Civ. No. 26-3162 (JWB/DTS)


**ORDER FOR DISMISSAL**

---

The plaintiff and Todd Blanche, et al. have filed a Stipulation of Dismissal (Doc. No. 15). Based on that Stipulation, Todd Blanche, et al. is **DISMISSED WITHOUT PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

      **LET JUDGEMENT BE ENTERED ACCORDINGLY.**


Dated: July 24, 2026        *s/ Jerry W. Blackwell*
                      JERRY W. BLACKWELL
                      United States District Court Judge

2924879